Court OF Criminal Appeals
P.O. Box 12308 Capital Station
Austin, Texas 78711

Walton John Alexander
T.D.C.J.-ID 799196
1043 Glen Rose Hwy.
Stephenville, Texas 76401

53,367-03

RE: State of Texas V. Alexander, Cause No. 19295C

The hearing that you ordered the District Court to conduct has been done; 6-9-15. I hope that you will take notice of the other points of error with the newly discovered evidence; No. 12, with support from exhibit #13. This is proof that my court appointed trial attorney, Mr. King violated State Bar Rules of Professional Conduct; Rule 1.03 Communication (A) and denied me constitutional rights according to Constitutional amendments #5, and #6. I thank you for your consideration.

Walton J. Alexander
Date mailed: 6-11-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 22 2015
Abel Acosta, Clerk

*Newly Discovered Evidence*
*Exhibit # 13 in support of Ground 12*

**KING LAW OFFICES, P.C.**

RUSSELL W. KING
19211 S. U.S. Hwy. 377
DUBLIN, TEXAS 76446

PHONE : (254) 968-8777
FAX     : (254) 445-2751
E-MAIL : rking@kinglaw.us

Mailing Address:  King Law Offices, P.C.
P.O. Box 772
Stephenville, TX 76401

June 4, 2012

Walton J. Alexander
#799196
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

RE:     State of Texas v. Alexander; Cause No. 10295

Dear Mr. Alexander,

The best plea offer that the District Attorney made in your case was 30 years TDC time. That offer was made after the hung jury in the first trial that resulted in a mistrial. I believe that prior to the first trial his best offer was sixty years TDC time.

Very truly yours,

Russell W. King

RWK/cm